This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**WILLIAM GARDNER,**

Plaintiff/Counterdefendant-Appellee,

v.                                    **No. A-1-CA-36524**

**ERIC RIVERA, d/b/a SOUTHWEST
METAL DESIGN,**

Defendant/Counterclaimant/Third-Party
Plaintiff/Counterdefendant-Appellant,

**and**

**KATHRYN GARDNER,**

Third-Party Defendant/Counterclaimant-
Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY
John F. Davis, District Judge**

William Gardner
Bernalillo, NM

Pro se Appellee

Houliston & Weaks
David M. Houliston
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}    Defendant appealed the district court's adverse judgment following a bench trial. We issued a notice of proposed summary disposition, proposing to affirm. Defendant requested an extension of time in which to file a memorandum in opposition, which was granted. However, the requested extension expired on January 5, 2018, over two weeks have passed since the expiration of the requested extension and no memorandum has been received from Defendant. Therefore, for the reasons stated in the notice of proposed summary disposition, we affirm.

    **IT IS SO ORDERED**.


_____
**MICHAEL E. VIGIL, Judge**


**WE CONCUR:**


_____
**M. MONICA ZAMORA, Judge**


_____
**J. MILES HANISEE, Judge**